# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 7, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140980

DAVID E. CONNOLLY,

      Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,

      Defendant.

_____

SC:  140980
AGC:  0492/10

On order of the Chief Justice, plaintiff having failed to pay the partial filing fee as required by the order of April 27, 2010, the Clerk of the Court is hereby directed to close this file.



I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 7, 2010

jam

_____
Clerk